# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-14-00266-CV
_____

### MAE B. CURTIS, Appellant

### V.

### WELLS FARGO BANK, N.A., Appellee

---

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-191,038A**

---

### ORDER

Mae B. Curtis and Wells Fargo Bank, N.A. filed a joint motion to abate the appeal for settlement. The parties inform the Court that they have reached a settlement and require additional time to finalize the settlement documents and file a motion to dismiss.

It is, therefore, ORDERED that the appeal is abated for sixty days. All appellate timetables, including the time to prepare and file the record, are stayed during the abatement. The appeal will be reinstated without further order of this

1

Court in sixty days unless before that date the appellant files a motion to dismiss the appeal, the parties file a joint motion for an agreed disposition of the appeal, or the parties notify the Court that they require additional time to complete the settlement.

ORDER ENTERED August 14, 2014.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.